IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REUVEN DULITZKI,**  Plaintiff, | CIVIL ACTION |
| v. | |
| **BAE SYSTEMS SHARED SERVICES, INC.,**  Defendant. | NO. 25-2680 |

## O R D E R

**AND NOW**, this 20th day of January, 2026, upon consideration of Defendant BAE Systems Shared Services, Inc.'s ("Defendant") Partial Motion to Dismiss (ECF No. 13) the Section 1981 claims and retaliation claims in Plaintiff Reuven Dulitzki's ("Plaintiff") Amended Complaint (ECF No. 11), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED.** Plaintiff's Section 1981 claims in Count I and his retaliation claims in Count II are **DISMISSED WITH PREJUDICE**. Plaintiff's claims in Count I as to Title VII and the PHRA remain.

BY THE COURT:

/s/ Kelley B. Hodge
_____
HODGE, KELLEY B., J.